# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI CRUZ, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HIBU, INC., a Delaware corporation; and DOES 1 to 50,<br><br>Defendants. | Case No. 2:22-cv-00959-DJC-CKD<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: January 12, 2022<br>FAC Filed:        April 15, 2022 |

Good cause appearing, the stipulated request of Plaintiff LORI CRUZ and Defendant HIBU INC. for dismissal of the action in its entirety, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, *with prejudice* as to Plaintiff's individual claims and *without prejudice* as to the claims of the alleged putative class members and aggrieved employees under PAGA, is hereby GRANTED.

Each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: August 11, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING JOINT STIPULATED REQUEST TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)

96369517v.1